IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

HOWARD M. CASE                                                                                   PLAINTIFF

VERSUS                                                              CIVIL ACTION NO. 1:08cv985WJG

PHILLIPS 66 COMPANY, *ET AL.*                                                        DEFENDANTS


JOHN LEE BROWN                                                                              PLAINTIFF

VERSUS                                                            CIVIL ACTION NO. 1:08cv1049WJG

PHILLIPS 66 COMPANY, *ET AL.*                                                        DEFENDANTS

ORDER OF REMAND

THIS CAUSE comes before the Court on motions of the Plaintiffs, Howard M. Case [8], and John Lee Brown [8], to remand the above referenced actions to the Circuit Court of Jones County, Mississippi. Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that Plaintiffs' motions to remand [Case, 8; Jones, 8], filed in their respective cases be, and are hereby, granted. The Clerk of this Court is directed to mail a certified copy of the Memorandum Opinion and this Order to the Clerk for the Circuit Court of Jones County, Mississippi, immediately. It is further,

ORDERED AND ADJUDGED that any party in violation of this order shall be appropriately sanctioned. It is further,

ORDERED AND ADJUDGED that each party shall bear their respective costs associated with this civil action.

SO ORDERED AND ADJUDGED, this the 25th day of November, 2008.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE